UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WM CAPITAL PARTNERS, LLC,

        Plaintiff,                               Case No. 1:13-cv-549

v.                                               Hon. Hugh W. Brenneman, Jr.

MICHAEL C. COON and
SHEA COON,

        Defendants.
_____/

**JUDGMENT**

        In accordance with the Opinion and Order entered this date, Judgment is entered in favor of plaintiff and against defendants in the amount of $109,489.87.


Dated: January 9, 2015                          /s/ Hugh W. Brenneman, Jr.
                                                              HUGH W. BRENNEMAN, JR.
                                                               United States Magistrate Judge